UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CAROLYN GORDON, ET AL.

VERSUS

AIR LIQUIDE-BIG THREE INC., ET AL.

CIVIL ACTION

NO. 12-396-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 19, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion to Remand* (Rec. Doc. 13) is DENIED.

Baton Rouge, Louisiana, July 10th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA