UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAROLYN GORDON, ET AL.  　　　　　　　　CIVIL ACTION

VERSUS

　　　　　　　　　　　　　　　　　　　　　　NO. 12-396-SDD-RLB

AIR LIQUIDE-BIG THREE INC.,
ET AL

CONSOLIDATED CASES

THIS DOCUMENT PERTAINS TO:

IRMA PAYNE, ET AL　　　　　　　　　　　　CIVIL ACTION

VERSUS

　　　　　　　　　　　　　　　　　　　　　　NO. 13-358-SDD-RLB

AIR LIQUIDE-BIG THREE INC.,
ET AL

RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 27, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion to Remand* is denied.[1]

Baton Rouge, Louisiana, February 18, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7, CV13-358