# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROLYN GORDON, ET AL. | CIVIL ACTION |
| VERSUS | |
| AIR LIQUIDE-BIG THREE INC., ET AL. | NO. 12-396-SDD-RLB |

### CONSOLIDATED CASES

THIS DOCUMENT PERTAINS TO:

| | |
|---|---|
| RAVEN FERNANDEZ, ET AL. | CIVIL ACTION |
| VERSUS | |
| AIR LIQUIDE-BIG THREE INC., ET AL. | NO. 13-356-SDD-RLB |

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 27, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion to Remand* is denied.[1]

Baton Rouge, Louisiana, February 18, 2014.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5, CV13-356