**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

CAROLYN GORDON, ET AL

VERSUS

AIR LIQUIDE-BIG THREE INC., ET AL

CIVIL ACTION

NO. 12-396-SDD-RLB
CONSOLIDATED WITH
CV-13-356 and CV-13-358

**RULING**

This matter is before the Court on the Defendants' *Motion for Contempt and Motion to Dismiss.*[1]  The Court held a hearing on this motion on December 3, 2014, and deferred ruling on this motion, allowing counsel for Plaintiffs thirty (30) days to submit an *Affidavit* setting forth efforts undertaken to reach the eleven named Plaintiffs who have failed to respond to discovery requests.[2]  Based on the sworn *Affidavit* of Steve A. Adams, counsel of record for the Plaintiffs at issue in this motion, the following Plaintiffs are DISMISSED from this action for failure to respond to discovery requests:

Elouise Auzenne
Larry Banks
Tyler Cooley
Robert Johnson
Deron Lockett
Jill Lockett
Kernell Marcelin
Glenda Tunson

---

[1] Rec. Doc. No. 82.

[2] Rec. Doc. No. 95.

Doc 24717

Plaintiff Charles Hutchinson is also DISMISSED at his own request pursuant to the *Affidavit*. Counsel indicates that Plaintiffs Aletha Johnson and Chester Lebeau have answered the discovery.

Because the Court is satisfied that counsel for these Plaintiffs has made good faith efforts to contact and obtain discovery from the Plaintiffs at issue, the Court DENIES the motion for contempt and sanctions. The *Motion to Dismiss* is DENIED as to Aletha Johnson and Chester Lebeau, but GRANTED as to the remaining Plaintiffs as set forth above. The request for expenses and attorney's fees is DENIED.

IT IS SO ORDERED.

Signed in Baton Rouge, Louisiana, on <u>January 12, 2015</u>.

<u>_Shelly D. Dick_</u>

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Doc 24717